UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: PLATTE RIVER BOTTOM, LLC § Case No. 16-11425
§
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

M. Stephen Peters, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $860,034.78 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $506,882.87 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $493,617.13 | | |

3) Total gross receipts of $1,000,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,000,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,034,969.59 | $6,201,304.15 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $493,617.13 | $493,617.13 | $493,617.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $651.72 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $6,235,584.06 | $5,286,717.48 | $642,361.15 | $506,882.87 |
| **TOTAL DISBURSEMENTS** | $7,270,553.65 | $11,982,290.48 | $1,135,978.28 | $1,000,500.00 |

4) This case was originally filed under chapter 7 on 02/23/2016.  The case was pending for 66 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/15/2021

By: /s/ M. Stephen Peters
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 24 shares of the Godfrey Ditch | 1129-000 | $1,000,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,000,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Weld County Treasurer's Office | 4700-000 | $8,466.27 | $8,804.15 | $0.00 | $0.00 |
| 5 | Northstar Bank of Colorado | 4210-000 | NA | $2,175,000.00 | $0.00 | $0.00 |
| 6 | Northstar Bank of Colorado | 4210-000 | $1,026,503.32 | $2,600,000.00 | $0.00 | $0.00 |
| 9S | Advantage Bank | 4210-000 | $0.00 | $1,417,500.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$1,034,969.59** | **$6,201,304.15** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - M. Stephen Peters | 2100-000 | NA | $53,265.00 | $53,265.00 | $53,265.00 |
| Trustee, Expenses - M. Stephen Peters | 2200-000 | NA | $100.50 | $100.50 | $100.50 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $235.00 | $235.00 | $235.00 |
| Costs re Sale of Property - Closing costs | 2500-000 | NA | $11,706.20 | $11,706.20 | $11,706.20 |
| Costs re Sale of Property - land title | 2500-000 | NA | -$43.40 | -$43.40 | -$43.40 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $6,989.16 | $6,989.16 | $6,989.16 |
| Attorney for Trustee Fees (Other Firm) - MARK LARSON | 3210-000 | NA | $400,200.00 | $400,200.00 | $400,200.00 |
| Attorney for Trustee Fees (Other Firm) - JOLI LOFSTEDT, P.C. | 3210-000 | NA | $11,241.00 | $11,241.00 | $11,241.00 |
| Attorney for Trustee Expenses (Other Firm) - MARK LARSON | 3220-000 | NA | $2,307.67 | $2,307.67 | $2,307.67 |
| Attorney for Trustee Expenses (Other Firm) - JOLI LOFSTEDT, P.C. | 3220-000 | NA | $211.00 | $211.00 | $211.00 |
| Accountant for Trustee Fees (Other Firm) - MARK DENNIS | 3410-000 | NA | $7,380.00 | $7,380.00 | $7,380.00 |
| Accountant for Trustee Expenses (Other Firm) - MARK DENNIS | 3420-000 | NA | $25.00 | $25.00 | $25.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $493,617.13 | $493,617.13 | $493,617.13 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | United States Trustee | 5800-000 | NA | $651.72 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$651.72** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Weinman & Associates, P.C. | 7100-000 | $21,604.16 | $21,604.16 | $21,604.16 | $16,920.09 |
| 3 | Republic Credit One, L.P. | 7100-000 | $844,762.47 | $602,605.27 | $602,605.27 | $471,952.36 |
| 4 | United States Trustee | 7100-000 | NA | $651.72 | $651.72 | $510.42 |
| 7 | John J. Berry | 7100-000 | $1,476,800.00 | $1,040,000.00 | $0.00 | $0.00 |
| 8 | Viola E. DeTienne John J. Barry | 7100-000 | NA | $1,040,000.00 | $0.00 | $0.00 |
| 9U | Advantage Bank | 7100-000 | $3,867,638.00 | $2,476,856.33 | $0.00 | $0.00 |
| 10 | Francis Properties, LLC | 7100-000 | $0.00 | $17,500.00 | $17,500.00 | $17,500.00 |
| 11 | Synergy Resources Corporation | 7100-000 | NA | $87,500.00 | $0.00 | $0.00 |
| N/F | Don Tisdall | 7100-000 | $0.00 | NA | NA | NA |
| N/F | EasonRohde, LLC | 7100-000 | $24,779.43 | NA | NA | NA |
| N/F | Resurrection Fellowship c/o David Melson | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rolla Boys, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | White Fish ATTN: Patrick Groom | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$6,235,584.06** | **$5,286,717.48** | **$642,361.15** | **$506,882.87** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 16-11425
**Case Name:** PLATTE RIVER BOTTOM, LLC
**For Period Ending:** 09/15/2021

**Trustee Name:** (260020) M. Stephen Peters
**Date Filed (f) or Converted (c):** 02/23/2016 (f)
**§ 341(a) Meeting Date:** 03/25/2016
**Claims Bar Date:** 03/20/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 17043 WCR 394, LaSalle, CO 80645<br>PROPERTY FORECLOSED IN 2016 | 860,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Wells Fargo Bank,<br>Imported from original petition Doc# 39 | 34.78 | 0.00 | | 0.00 | FA |
| 3 | 24 shares of the Godfrey Ditch<br>ASSETS SOLD PER ORDER OF 10-19-20 DOCKET #162, SEE REPORT OF SALE FILED 11-6-20 DOCKET 164, FOR A GROSS SALES PRICE OF $,1,000,500 | 1,488,000.00 | 988,793.80 | | 1,000,500.00 | FA |
| 4 | Valley Sprinkler and pump | Unknown | 0.00 | | 0.00 | FA |
| 5 | Claims against the City of Evans | Unknown | 0.00 | | 0.00 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$2,348,034.78** | **$988,793.80** | | **$1,000,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/15/20 waiting on final atty fee app

**Initial Projected Date Of Final Report (TFR):** 11/01/2018       **Current Projected Date Of Final Report (TFR):** 06/23/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | | |
|---|---|---|
| Case No.: 16-11425 | Trustee Name: | M. Stephen Peters (260020) |
| Case Name: PLATTE RIVER BOTTOM, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: **-***7266 | Account #: | ******8266 Checking Account |
| For Period Ending: 09/15/2021 | Blanket Bond (per case limit): | $58,926,307.00 |
| | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | | |
|---|---:|---:|---:|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

{ } Asset Reference(s)       UST Form 101-7-TDR ( 10 /1/2010)       ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 16-11425 | **Trustee Name:** | M. Stephen Peters (260020) | |
| **Case Name:** | PLATTE RIVER BOTTOM, LLC | **Bank Name:** | People's United Bank | |
| **Taxpayer ID #:** | **-***7266 | **Account #:** | ********8426 Checking Account | |
| **For Period Ending:** | 09/15/2021 | **Blanket Bond (per case limit):** | $58,926,307.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 16-11425 | Trustee Name: | M. Stephen Peters (260020) |
|---|---|---|---|
| Case Name: | PLATTE RIVER BOTTOM, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7266 | Account #: | ******8895 Checking |
| For Period Ending: | 09/15/2021 | Blanket Bond (per case limit): | $58,926,307.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/05/20 | | CITY OF AURORA, VIA LAND TITLE GUARANTEE CO | WIRE FROM LAND TITLE GUARANTEE CO, WATER RIGHTS SALES PROCEEDS | | 988,793.80 | | 988,793.80 |
| | {3} | | PROCEEDS FROM SALE OF WATER RIGHTS PER CT ORDER $1,000,500.00 | 1129-000 | | | |
| | | | Closing costs -$11,706.20 | 2500-000 | | | |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,211.67 | 987,582.13 |
| 12/04/20 | 10101 | MARK LARSON | ATTY FEES PER ORDER OF 12-4-20, DOCKET # 175 | 3210-000 | | 400,200.00 | 587,382.13 |
| 12/04/20 | 10102 | MARK LARSON | ATTY EXPENSES PER ORDER OF 12-4-20, DOCKET # 175 | 3220-000 | | 2,307.67 | 585,074.46 |
| 12/11/20 | 10103 | INTERNATIONAL SURETIES, LTD | 12-1-20 BOND PAYMENT | 2300-000 | | 235.00 | 584,839.46 |
| 12/21/20 | | land title | REFUND OF RECORDING FEES CLOSING COSTS FROM SALE OF WATER RIGHTS | 2500-000 | | -43.40 | 584,882.86 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,243.25 | 583,639.61 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 904.15 | 582,735.46 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 871.70 | 581,863.76 |
| 03/11/21 | 10104 | Francis Properties, LLC | PAYMENT PER ETTLEMENT APPROVED BY ORDER OF 3-10-21 DOCKET 192 Stopped on 03/29/2021 | 7100-005 | | 17,500.00 | 564,363.76 |
| 03/29/21 | 10104 | Francis Properties, LLC | PAYMENT PER ETTLEMENT APPROVED BY ORDER OF 3-10-21 DOCKET 192 Stopped: check issued on 03/11/2021 | 7100-005 | | -17,500.00 | 581,863.76 |
| 03/29/21 | 10105 | Francis Properties, LLC | Payment per settlement approved by order of 3-10-21 dock 92, check re-issued Stopped on 03/29/2021 | 7100-005 | | 17,500.00 | 564,363.76 |
| 03/29/21 | 10105 | Francis Properties, LLC | Payment per settlement approved by order of 3-10-21 dock 92, check re-issued Stopped: check issued on 03/29/2021 | 7100-005 | | -17,500.00 | 581,863.76 |
| 03/29/21 | 10106 | FRANCIS PROPERTIES, LLC | Payment per settlement approved by order of 3-10-21, docket 92 | 7100-000 | | 17,500.00 | 564,363.76 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,025.83 | 563,337.93 |
| 04/06/21 | 10107 | MARK DENNIS | ACCT FEES PER ORDER OF 4-5-21, DOCKET 195 | 3410-000 | | 7,380.00 | 555,957.93 |
| 04/06/21 | 10108 | MARK DENNIS | ACCT EXPENSES PER ORDER OF 4-5-21, DOCKET 195 | 3420-000 | | 25.00 | 555,932.93 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 902.30 | 555,030.63 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 830.26 | 554,200.37 |
| 06/07/21 | 10109 | JOLI LOFSTEDT, P.C. | atty fees per order of 6-7-21 docket $ 202 | 3210-000 | | 11,241.00 | 542,959.37 |
| | | | Page Subtotals: | | $988,793.80 | $445,834.43 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 16-11425 | Trustee Name: | M. Stephen Peters (260020) |
|---|---|---|---|
| Case Name: | PLATTE RIVER BOTTOM, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7266 | Account #: | ******8895 Checking |
| For Period Ending: | 09/15/2021 | Blanket Bond (per case limit): | $58,926,307.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/07/21 | 10110 | JOLI LOFSTEDT, P.C. | atty expenses per order of 6-7-21 | 3220-000 | | 211.00 | 542,748.37 |
| 07/19/21 | 10111 | M. Stephen Peters | Distribution payment - Dividend paid at 100.00% of $53,265.00; Claim # FEE; Filed: $53,265.00 | 2100-000 | | 53,265.00 | 489,483.37 |
| 07/19/21 | 10112 | M. Stephen Peters | Distribution payment - Dividend paid at 100.00% of $100.50; Claim # TE; Filed: $100.50 | 2200-000 | | 100.50 | 489,382.87 |
| 07/19/21 | 10113 | Weinman & Associates, P.C. | Distribution payment - Dividend paid at 78.32% of $21,604.16; Claim # 2; Filed: $21,604.16 | 7100-000 | | 16,920.09 | 472,462.78 |
| 07/19/21 | 10114 | Republic Credit One, L.P. | Distribution payment - Dividend paid at 78.32% of $602,605.27; Claim # 3; Filed: $602,605.27 | 7100-000 | | 471,952.36 | 510.42 |
| 07/19/21 | 10115 | United States Trustee | Distribution payment - Dividend paid at 78.32% of $651.72; Claim # 4; Filed: $651.72 | 7100-000 | | 510.42 | 0.00 |

|  |  | COLUMN TOTALS | | | 988,793.80 | 988,793.80 | $0.00 |
|  |  | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
|  |  | Subtotal | | | 988,793.80 | 988,793.80 | |
|  |  | Less: Payments to Debtors | | | | 0.00 | |
|  |  | NET Receipts / Disbursements | | | $988,793.80 | $988,793.80 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| | |
|---|---|
| **Case No.:** | 16-11425 |
| **Case Name:** | PLATTE RIVER BOTTOM, LLC |
| **Taxpayer ID #:** | **-***7266 |
| **For Period Ending:** | 09/15/2021 |

| | |
|---|---|
| **Trustee Name:** | M. Stephen Peters (260020) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******8895 Checking |
| **Blanket Bond (per case limit):** | $58,926,307.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8266 Checking Account | $0.00 | $0.00 | $0.00 |
| ********8426 Checking Account | $0.00 | $0.00 | $0.00 |
| ******8895 Checking | $988,793.80 | $988,793.80 | $0.00 |
| | **$988,793.80** | **$988,793.80** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)